THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DONYEA JONES,

        Plaintiff,

v.

COMENITY BANK,

        Defendant.

3:23-CV-1392
(JUDGE MARIANI)
(Magistrate Judge Schwab)

## ORDER

AND NOW, THIS \_\_3rd\_\_ DAY OF JANUARY, 2024, upon review of Magistrate Judge Susan Schwab's Report and Recommendation ("R&R") (Doc. 8) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 8) is **ADOPTED** for the reasons set forth therein.
2. Plaintiff's Complaint (Doc. 1) is **STRICKEN**.
3. The above-captioned action is **DISMISSED WITHOUT PREJUDICE**.
4. The Clerk of Court is directed to **CLOSE** this action.

Robert D. Mariani
United States District Judge